Exhibit "3"

Notice of Dismissal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TRANSIT INSURANCE COMPANY,<br><br>PLAINTIFF,<br><br>-AGAINST-<br><br>CAVALLARO MEDICAL SUPPLY INC., ET AL.,<br><br>DEFENDANTS. | 23-CV-800<br>(DLI)(RML)<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff American Transit Insurance Company, and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against Defendants Cavallaro Medical Supply Inc and Yevgeniy Ovsyannikov.

Dated: New York, New York
~~April ___, 2023~~
June 30, 2023

**MORRISON MAHONEY LLP**

By: _____
Robert A. Stern, Esq.
James A. McKenney, Esq.
Lee Pinzow
Wall Street Plaza
88 Pine Street, Suite 1900
New York, New York 10005
*Counsel for Plaintiff*